Suzanne S. Storm (State Bar No. 229003)
David J. Sire, Jr. (State Bar No. 255798)
ATTLESEY | STORM, LLP
2552 Walnut Avenue, Suite 100
Tustin, CA 92780
Tel: (714) 508-4949
Fax: (714) 508-0015
sstorm@attleseystorm.com
dsire@attleseystorm.com
Attorneys for Defendant ING Bank FSB erroneously named as CAPITAL ONE, N.A., successor in interest to ING BANK FSB

# UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| GEETESH GOYAL, | **CASE NO.: CV 12-02759 RMW** |
| Plaintiff, | **STIPULATION AND ()** |
| vs. | **ORDER RE: EXPERT DISCOVERY CUTOFF** |
| CAPITAL ONE, N.A., successor in interest to ING BANK, FSB; INTEGRATED LENDER SERVICES, INC.; and DOES 1 through 100, inclusive | |
| Defendants. | |

Plaintiff GEETESH GOYAL ("GOYAL") and Defendant ING Bank FSB erroneously named as CAPITAL ONE, N.A., successor in interest to ING BANK FSB ("ING") (collectively "Parties") by and through their counsel of record have entered into the following Stipulation respectfully requesting an Order from this honorable court as follows:

WHEREAS on or about June 12, 2012 Defendant INTEGRATED LENDER SERVICES, INC., filed a Declaration of Non-monetary Status that was not objected

1  to making it a nominal party to these proceedings;

2      WHEREAS counsel for Plaintiff GOYAL and Defendant ING met and
3  conferred pursuant to Local Rule 16 and the Order Setting Initial Case Management
4  Conference to prepare a Joint Case Management Schedule and Joint Rule 26(f) report;

5      WHEREAS a Case Management Conference was held on September 7, 2012,
6  during which the Court set a schedule for this matter as reflected in the Order After
7  Hearing (*see* **Exhibit "A"** attached), and the Notice of Order After Case Management
8  Conference (*see* **Exhibit "B"** attached);

9      WHEREAS the Order After Hearing and Notice of Order After Case
10 Management Conference mistakenly identify the date for both the Disclosure of
11 Experts <u>and</u> Expert Discovery Cutoff as December 3, 2012;

12     WHEREAS both the Order After Case Management Conference and Notice of
13 Order After Case Management appear to have a clerical error making both the expert
14 witness designation and cut-off for expert witness discovery December 3, 2012;

15     WHEREAS the Parties intended to follow Local Rule 37-3 making the expert
16 witness discovery cutoff and regular discovery cutoff date both December 21, 2012,
17 thus permitting some discovery on any experts identified by the Parties on December
18 3, 2012.

19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

PAGE 2
**STIPULATION AND () ORDER RE: EXPERT DISCOVERY CUTOFF**

1  WHEREAS there is good cause appearing to modify the schedule pertaining to the deadline for expert witness discovery in accordance with the intentions of the Parties and the Local Rules continuing the deadline for expert witness discovery from December 3, 2012 to December 21, 2012;

IT IS HEREBY STIPULATED that the deadline for expert witness discovery in this matter is continued from December 3, 2012 to December 21, 2012;

Dated: October 18, 2012

Respectfully submitted,

ATTLESEY | STORM, LLP

/s/ David J. Sire, Jr.
David J. Sire, Jr., Attorney for Defendant, ING Bank FSB erroneously named as CAPITAL ONE, N.A., successor in interest to ING BANK FSB

Dated: October 25, 2012

LAW OFFICES OF QUADRA DAY

/s/ Jamie Edwards Quadra
Jamie Edwards Quadra, Attorney for Plaintiff, GEETESH GOYAL

Based on the stipulation of all parties and good cause appearing for the relief requested

IT IS SO ORDERED

Dated: ~~October~~ Fí, 2012

Ronald M. Whyte
Honorable Ronald M. Whyte

PAGE 3

STIPULATION AND (PROPOSED) ORDER RE: EXPERT DISCOVERY CUTOFF