Suzanne S. Storm (State Bar No. 229003)
ATTLESEY | STORM, LLP
2552 Walnut Avenue, Suite 100
Tustin, CA 92780
Tel: (714) 508-4949
Fax: (714) 508-0015
sstorm@attleseystorm.com

Attorneys for Defendant ING Bank FSB erroneously named as CAPITAL ONE, N.A., successor in interest to ING BANK FSB

# UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| GEETESH GOYAL, | CASE NO.: CV 12-02759 RMW |
| Plaintiff, | |
| vs. | **STIPULATION RE CONTINUANCE OF MEDIATION COMPLETION DATE; [] ORDER THEREON** |
| CAPITAL ONE, N.A., successor in interest to ING BANK, FSB; INTEGRATED LENDER SERVICES, INC.; and DOES 1 through 100, inclusive | |
| Defendants. | |

**TO THE HONORABLE COURT**:

Plaintiff GEETESH GOYAL ("GOYAL") and Defendant ING Bank FSB erroneously named as CAPITAL ONE, N.A., successor in interest to ING BANK FSB ("CAPITAL ONE") (collectively "Parties[1]") by and through their counsel of record have entered into the following Stipulation respectfully requesting an Order from this Court as follows:

---

[1] On June 12, 2012 Defendant INTEGRATED LENDER SERVICES, INC., filed a Declaration of Non-Monetary Status without objection thus making it a nominal party to these proceedings.

PAGE 1
**STIPULATION RE CONTINUANCE OF MEDIATION COMPLETION DATE**

1  WHEREAS pursuant to the Court's September 7, 2012 Case Management Order, the Parties were required to complete mediation by November 19, 2012;

WHEREAS the Parties were scheduled for mediation with Gregory D. Walker on November 19, 2012;

WHEREAS counsel for Plaintiff GOYAL was unable to attend the mediation due to an illness;

WHEREAS there is good cause appearing to extend the mediation deadline and as such, the Parties seek an extension of the mediation completion date from November 19, 2012 to January 11, 2013;

IT IS HEREBY STIPULATED that the deadline for completion of mediation in this matter is continued from November 19, 2012, 2012 to January 11, 2013.

Dated: November 19, 2012          ATTLESEY | STORM, LLP

                                  */s/ Suzanne S. Storm*
                                  Suzanne S. Storm., Attorney for Defendant

Dated: November 19, 2012          LAW OFFICES OF QUADRA DAY

                                  */s/ Jamie Edwards Quadra*
                                  Jamie Edwards Quadra, Attorney for Plaintiff

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____             *Ronald M. Whyte*
                                  _____
                                  Honorable Ronald M. Whyte

PAGE 2
**STIPULATION RE CONTINUANCE OF MEDIATION COMPLETION DATE**