1  Suzanne S. Storm (State Bar No. 229003)
2  ATTLESEY | STORM, LLP
3  2552 Walnut Avenue, Suite 100
   Tustin, CA 92780
4  Tel: (714) 508-4949
   Fax: (714) 508-0015
5  sstorm@attleseystorm.com

6  Attorneys for Defendant ING Bank FSB erroneously named as CAPITAL ONE, N.A.,
7  successor in interest to ING BANK FSB

8

9           **UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF**
10                         **CALIFORNIA – SAN JOSE DIVISION**

11

12 | GEETESH GOYAL,                          | ) | **CASE NO.: CV 12-02759 RMW** |
   |                                         | ) |                               |
13 |     Plaintiff,                          | ) | **STIPULATION RE CONTINUANCE** |
14 | vs.                                     | ) | **OF DISCOVERY CUTOFF DATE,** |
   |                                         | ) | **DISPOTIVE MOTION HEARING**  |
15 | CAPITAL ONE, N.A., successor in         | ) | **CUT OFF DATE AND TRIAL DATE;** |
16 | interest to ING BANK, FSB;              | ) | **[] ORDER THEREON**          |
   | INTEGRATED LENDER SERVICES,             | ) |                               |
17 | INC.; and DOES 1 through 100, inclusive | ) |                               |
18 |                                         | ) |                               |
19 |     Defendants.                         | ) |                               |

20 **TO THE HONORABLE COURT**:

21      Plaintiff GEETESH GOYAL ("GOYAL") and Defendant ING Bank FSB
22 erroneously named as CAPITAL ONE, N.A., successor in interest to ING BANK FSB
23 ("CAPITAL ONE") (collectively "Parties[1]") by and through their counsel of record
24 have entered into the following Stipulation respectfully requesting an Order from this
25

26 ---
27 [1] On June 12, 2012 Defendant INTEGRATED LENDER SERVICES, INC., filed a Declaration of Non-Monetary Status without objection thus making it a nominal party to these proceedings.
28

PAGE 1
**STIPULATION RE CONTINUANCE OF DISCOVERY CUTOFF DATE, DISPOTIVE
MOTION HEARING CUT OFF DATE AND TRIAL DATE**

1  Court as follows:

2  WHEREAS GOYAL served his Initial Disclosures on August 31, 2012;

3  WHEREAS CAPTIAL ONE requested copies of the documents referenced in
4  the initial disclosures beginning September 5, 2012;

5  WHEREAS CAPTIAL ONE served Request for Production of Documents
6  (Set 1) to GOYAL on September 12, 2012 seeking the documents in GOYAL's Initial
7  Disclosures as well as other documents supporting GOYAL's claims;

8  WHEREAS after repeated assurances the documents would be forthcoming
9  from GOYAL, CAPITAL ONE was forced to file a Motion to Compel Reponses to its
10 Requests for Production on November 13, 2012 with a hearing date of December 18,
11 2012;

12 WHEREAS on December 4, 2012, GOYAL produced a portion of documents
13 responsive to CAPTIAL ONE's Request for Production of Documents at his
14 deposition;

15 WHEREAS on December 17, 2012, GOYAL served his formal Response to
16 Requests for Production of Documents (Set 1) with additional documents not
17 produced at GOYAL's December 4, 2012 deposition;

18 WHEREAS the discovery cut off is currently set for December 21, 2012;

19 WHEREAS GOYAL has agreed to allow CAPITAL ONE to complete his
20 deposition regarding the new documents produced;

21 WHEREAS CAPITAL ONE intends to take the second section of GOYAL's
22 deposition on or before January 14, 2013;

23 WHEREAS the Parties have stipulated to extend the discovery cut off from
24 December 21, 2012 to January 14, 2013 to allow CAPITAL ONE to complete its
25 deposition of GOYAL;

26 WHEREAS CAPITAL ONE intends to file a Motion for Summary Judgment
27 after completing GOYAL's deposition;

28

WHEREAS the last day to file a dispositive motion currently is December 28, 2012 in order to be heard by the dispositive motion hearing date cut off set for February 1, 2013;

WHEREAS the Parties stipulate to extend the dispositive motion hearing cut off date to March 1, 2013 to allow CAPITAL ONE to complete its discovery and prepare its Motion for Summary Judgment;

WHEREAS the Pretrial Conference and Trial are currently set for March 7, 2013 and March 18, 2013 respectively;

WHEREAS the Parties stipulate to continue the Pretrial Conference and Trial to April 11, 2013 and April 22, 2013 or any later date acceptable to the Court.

Dated: December 20, 2012         ATTLESEY | STORM, LLP

                                 */s/ Suzanne S. Storm*
                                 Suzanne S. Storm., Attorney for Defendant

Dated: December 20, 2012         LAW OFFICES OF QUADRA DAY

                                 */s/ Jamie Edwards Quadra*
                                 Jamie Edwards Quadra, Attorney for Plaintiff

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____       _____
                                 Honorable Ronald M. Whyte

WHEREAS the last day to file a dispositive motion currently is December 28, 2012 in order to be heard by the dispositive motion hearing date cut off set for February 1, 2013;

WHEREAS the Parties stipulate to extend the dispositive motion hearing cut off date to March 1, 2013 to allow CAPITAL ONE to complete its discovery and prepare its Motion for Summary Judgment;

WHEREAS the Pretrial Conference and Trial are currently set for March 7, 2013 and March 18, 2013 respectively;

WHEREAS the Parties stipulate to continue the Pretrial Conference and Trial to April 11, 2013 and April 22, 2013 or any later date acceptable to the Court.

Dated: December 20, 2012          ATTLESEY | STORM, LLP

                                  /s/ Suzanne S. Storm
                                  Suzanne S. Storm., Attorney for Defendant

Dated: December 20, 2012          LAW OFFICES OF QUADRA DAY

                                  /s/ Jamie Edwards Quadra
                                  Jamie Edwards Quadra, Attorney for Plaintiff

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____            *Ronald M. Whyte*
                                  Honorable Ronald M. Whyte

PAGE 3
**STIPULATION RE CONTINUANCE OF DISCOVERY CUTOFF DATE, DISPOTIVE MOTION HEARING CUT OFF DATE AND TRIAL DATE**