1  Suzanne S. Storm (State Bar No. 229003)
2  sstorm@attleseystorm.com
   ATTLESEY | STORM, LLP
3  2552 Walnut Avenue, Suite 100
   Tustin, CA 92780
4  Tel: (714) 508-4949
5  Fax: (714) 508-0015

6
   Attorneys for Defendant CAPITAL ONE, N.A., successor by merger to ING BANK
7  FSB

8
              UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF
9
                       CALIFORNIA – SAN JOSE DIVISION
10

11

12  GEETESH GOYAL,                           )  CASE NO.: CV 12-02759 RMW; PSG
                                             )
13          Plaintiff,                       )  STIPULATION OF DISMISSAL OF
                                             )  ACTION WITH PREJUDICE;
14  vs.                                      )  [~~PROPOSED~~] ORDER THEREON
15                                           )
                                             )
16  CAPITAL ONE, N.A., successor in          )
    interest to ING BANK, FSB;               )  Honorable Ronald M. Whyte
17  INTEGRATED LENDER SERVICES,              )
18  INC.; and DOES 1 through 100, inclusive  )
                                             )  Complaint Filed: July 12, 2012
19          Defendants.                      )  Removed:  May 30, 2012
                                             )  Trial Date:  April 22, 2013
20                                           )

21

22       **IT IS HEREBY STIPULATED** by and between the parties to this action

23  through their designated counsel that pursuant to the Settlement Agreement between

24  the parties, the above-captioned action be and hereby is dismissed with prejudice

25  ///

26  ///

27  ///

28  ///

pursuant to FRCP 41(a)(1).

Dated: January 9, 2013            Respectfully submitted,

                                  QUADRA | DAY, LLP


                                  /s/ *Jaime Edwards Quadra*
                                  Jaime Edwards Quadra, Attorneys for
                                  Plaintiff GEETESH GOYAL


Dated: January 9, 2013            Respectfully submitted,

                                  ATTLESEY | STORM, LLP


                                  /s/ *Suzanne S. Storm*
                                  Suzanne S. Storm, Attorney for Defendant
                                  CAPITAL ONE, N.A., successor by
                                  merger to ING BANK FSB


**THE COURT ORDERS** that this action be, and hereby is, dismissed with prejudice.

Dated: February 11, 2013

                                  /s/ Ronald M. Whyte
                                  Honorable Ronald M. Whyte
                                  United States District Judge

PAGE 2
**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; [PROPOSED] ORDER THEREON**