1  Suzanne S. Storm (State Bar No. 229003)
   sstorm@attleseystorm.com
2  ATTLESEY | STORM, LLP
3  2552 Walnut Avenue, Suite 100
   Tustin, CA 92780
4  Tel: (714) 508-4949
5  Fax: (714) 508-0015

6  Attorneys for Defendant CAPITAL ONE, N.A., successor by merger to ING BANK
7  FSB

8
                UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF
9
                           CALIFORNIA – SAN JOSE DIVISION
10

11
12 GEETESH GOYAL,                         ) CASE NO.: CV 12-02759 RMW; PSG
                                          )
13        Plaintiff,                      ) STIPULATION OF DISMISSAL OF
                                          ) ACTION WITH PREJUDICE;
14                                        ) [PROPOSED] ORDER THEREON
   vs.                                    )
15                                        )
16 CAPITAL ONE, N.A., successor in        )
   interest to ING BANK, FSB;             ) Honorable Ronald M. Whyte
17 INTEGRATED LENDER SERVICES,            )
18 INC.; and DOES 1 through 100, inclusive)
                                          ) Complaint Filed: July 12, 2012
19        Defendants.                     ) Removed:  May 30, 2012
                                          ) Trial Date:  April 22, 2013
20                                        )

21

22        **IT IS HEREBY STIPULATED** by and between the parties to this action
23 through their designated counsel that pursuant to the Settlement Agreement between
24 the parties, the above-captioned action be and hereby is dismissed with prejudice
25 / / /
26 / / /
27 / / /
28 / / /

pursuant to FRCP 41(a)(1).

Dated: January 9, 2013

Respectfully submitted,

QUADRA | DAY, LLP

/s/ *Jaime Edwards Quadra*
Jaime Edwards Quadra, Attorneys for Plaintiff GEETESH GOYAL

Dated: January 9, 2013

Respectfully submitted,

ATTLESEY | STORM, LLP

/s/ *Suzanne S. Storm*
Suzanne S. Storm, Attorney for Defendant CAPITAL ONE, N.A., successor by merger to ING BANK FSB

**THE COURT ORDERS** that this action be, and hereby is, dismissed with prejudice.

Dated: February 11, 2013

*Ronald M. Whyte*
Honorable Ronald M. Whyte
United States District Judge